UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LEONARDO RAMOS HERNANDEZ,

    Plaintiff(s)

        v.                        Civ. No. 98-2349(PG)

STATE ELECTIONS COMMISSION,
ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #24 - Motion Requesting Ruling About the Jurisdiction to Impose an Appeal, etc. | This matter has to be taken up with the Court of Appeals and not this Court. Denied |

Date: ~~November~~ December 14, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge