ENTERED ON DOCKET
6/23/00 PURSUANT
TO FRCP RULES 58 & 79ا

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| LEONARDO RAMOS HERNANDEZ, | * |
| Plaintiff | * |
| v. | *  Civ. No. 98-2349 (PG) |
| STATE ELECTIONS BOARD, COMMONWEALTH OF PUERTO RICO, | * |
| Defendants | * |

## JUDGMENT

Having **GRANTED** Defendants' Joint Motion to Dismiss due to mootness, failure to state a claim upon which relief may be granted and Eleventh Amendment immunity grounds, it is hereby

**ORDERED and ADJUDGED** that the case is **DISMISSED** with prejudice.

San Juan, Puerto Rico, June 22, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)